■ CARIBBEAN PAINTING CORP., Appellant, v REPUBLIC NATIONAL BANK, Respondent. — Order, Supreme Court, New York County (Edward H. Lehner,

J.), entered on August 24, 1982, unanimously affirmed for the reasons stated by Lehner, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Kupferman, J. P., Sullivan, Silverman, Bloom and Alexander, JJ.